**Order entered April 14, 2020**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-19-01120-CR**
**No. 05-19-01127-CR**

**KEVIN JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80295-2018, 401-82548-2019**

**ORDER**

Before the Court is the State's April 13, 2020 motion to extend the time for filing its tendered brief. We **GRANT** the motion and **ORDER** the brief filed as of the date of this order.

/s/    DAVID J. SCHENCK
PRESIDING JUSTICE